PROB 12
(Rev 02/94)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Criminal Action No. 1:96CR00063-001-JJF |
| Thomas Gibison, | ) |
| Defendant. | ) |

### Petition on Probation and Supervised Release

COMES NOW Craig H. Carpenter Probation Officer of the Court presenting an official report upon the conduct and attitude of Thomas Gibison, who was placed on supervision by the Honorable Joseph J. Farnan, Jr., sitting in the court at Wilmington, Delaware on the 5th day of February 1997, who fixed the period of supervision at three years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1. The defendant shall undergo random testing at the discretion of the probation officer.

2. The defendant shall participate in a program of mental health treatment, as directed by the probation officer.

3. The defendant shall not have any contact with Craig Peterson.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

**Please See Attached**

**PRAYING THAT THE COURT WILL ORDER** ... a modification of the conditions of supervised release.

**ORDER OF COURT**

So ordered this 4 day of March 2005.

_Joseph J. Farnan_
U. S. District Judge

I declare under penalty of perjury the foregoing is true and correct,

_Craig Carpenter_
U.S. Probation Officer

Executed on   March 1, 2005

Place         Wilmington, Delaware

Page 2
RE: Thomas Gibison
Petition for Action : Modify Conditions of Supervised Release
March 1, 2005

**Petition for Action for Cause as follows:**

The United States Probation Office, Wilmington, Delaware, recommends a modification of the conditions of supervised release in the case of Thomas Gibison for rehabilitative and protection of the community reasons. The defendant, Thomas Gibison, has agreed to the recommended conditions; and, he has signed the Waiver of Hearing to Modify Conditions. The Government has no objections to the proposed modification as follows.

1. The defendant shall not consume or use any product or substance containing anabolic steroids. The defendant shall not consume or use any other performance enhancing substance, without the written permission of the U.S. Probation Office.

2. The defendant shall not consume or use any product or substance which may interfere with the random urinalysis drug testing program.

3. The defendant shall not initiate or have contact, direct or indirect, with any member or affiliation of a "skin head" faction or hate group of any kind or type.

4. The defendant shall have no contact with co-defendants and/or known associates John Pizzi, Jeffrey A. Nave, Patricia "Trish" Miller, and Robert Paolo. This no contact condition shall also include past and present law enforcement officers of Alcohol, Tobacco, and Firearms (ATF), the Drug Enforcement Agency (DEA), State (DE) Probation Officers, and the Federal Bureau of Investigation (FBI) without prior written permission from the U.S. Probation Office. This restriction also includes anyone, past or present, assigned to a law enforcement task force.

5. All other conditions of supervised release shall remain unchanged and in full force as previously imposed by the Court on February 5, 1997.

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF DELAWARE

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. The defendant shall not consume or use any product or substance containing anabolic steroids. The defendant shall not consume or use any other performance enhancing substance, without the written permission of the U.S. Probation Office.

2. The defendant shall not consume or use any product or substance which may interfere with the random urinalysis drug testing program.

3. The defendant shall not initiate or have contact, direct or indirect, with any member or affiliation of a "skin head" faction or hate group of any kind or type.

4. The defendant shall have no contact with co-defendants and/or known associates John Pizzi, Jeffrey A. Nave, Patricia "Trish" Miller, and Robert Paolo. This no contact condition shall also include past and present law enforcement officers of Alcohol, Tobacco, and Firearms (ATF), the Drug Enforcement Agency (DEA), State (DE) Probation Officers, and the Federal Bureau of Investigation (FBI) without prior written permission from the U.S. Probation Office. This restriction also includes anyone, past or present, assigned to a law enforcement task force.

Witness: _[signature] 2/16/05_    Signed: _Thomas J. Gibison_
Senior U.S. Probation Officer    Probationer or Supervised Releasee

_2/8/05_
DATE

_T.J.G._
_2/16/05_