OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 12, 2005

Robert J. Prettyman, Esq.
U.S. Attorney's Office
The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046

      RE:  United States of America v. Thomas Gibison
             Criminal Action No. 96-63-01 JJF

Dear Counsel:

      The Clerks Office is returning and/ or disposing of exhibits located in its storage are, in accordance with the Court's Local Rule 79.1(b)(2). We presently possess sentencing exhibits for the above referenced case. As this case is closed, we would like to remove these exhibits from our storage area.

      Please advise me no later than August 26, 2005 whether you wish to retrieve the exhibit or have them discarded. I the latter, I will need written consent. Retrieval of the exhibit may be arranged by contacting me at 573-6137.

                                Very truly yours,
                                Peter T. Dalleo, Clerk

                                Anita Bolton
                                Courtroom Deputy